## STATE

v.

## Edward FARRELL.

## No. 78–458–C.A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for plaintiff.

Joseph A. Bevilacqua, Jr., Providence, for defendant.

## ORDER

The state's motion that we treat its notice of appeal as a petition for writ of certiorari is denied. The defendant's motion to dismiss the state's appeal is granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.

## STATE

v.

## Francis E. LACHAPPELLE.

## No. 79–34–C.A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Janice M. Weisfeld, Paula Rosin, Mary E. Levesque, John A. MacFadyen III, Asst. Public Defenders, for defendant.

## ORDER

The defendant's motion to remand this case to the Superior Court for hearing on defendant's application for bail pending appeal is granted. The record herein shall be returned to this court forthwith upon the conclusion of said hearing.

DORIS, J., did not participate.

## STATE

v.

## Raymond MERCIER.

## No. 79–441–C.A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Stephen Lichatin III, Special Asst. Attys. Gen., for plaintiff.

Alton W. Wiley, Providence, for defendant.

## ORDER

The state's motion to supplement the record as prayed is granted.

DORIS, J., did not participate.